1032

[No. 42669-9-I.   Division One.   September 13, 1999.]

*In the Matter of the Adoption of Meghan Leigh Cotton.*
PATRICIA LYNN COTTON, *Respondent*, and RICHARD
LLEWELYN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 86-5-00029-2, William L. Downing, J., entered
May 7, 1998. *Affirmed in part* and *reversed in part* by un-
published per curiam opinion.

[No. 42689-3-I.   Division One.   September 13, 1999.]

UNITED & INFORMED CITIZEN ADVOCATES NETWORK,
*Appellant*, v. THE UTILITIES & TRANSPORTATION
COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-04728-3, Joan DuBuque, J., entered April
20, 1999. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Kennedy, C.J., and Cox, J.

[No. 43127-7-I.   Division One.   September 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN STEPHEN
GANTT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-00765-8, John M. Darrah, J., entered
August 4, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 43192-7-I.   Division One.   September 13, 1999.]

SCOTT A. SWOBODA, *Appellant*, v. THE TOWN OF LA
CONNER, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 97-2-01524-6, Susan K. Cook, J., entered June
29, 1998. *Affirmed* by unpublished opinion per Webster, J.,
concurred in by Becker and Cox, JJ. Now published at 97
Wn. App. 613.